1  Lynda T. Bui – Bar No. 201002
   Brandon J. Iskander – Bar No. 300916
2  **SHULMAN HODGES & BASTIAN LLP**
   100 Spectrum Center Drive, Suite 600
3  Irvine, California 92618
   Telephone:     (949) 340-3400
4  Facsimile:     (949) 340-3000
   Email:         lbui@shbllp.com;
5                 biskander@shbllp.com

6  Attorneys for Charles W. Daff,
   Chapter 7 Trustee
7

8            **UNITED STATES BANKRUPTCY COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

10

| | |
|---|---|
| In re | Case No.  6:16-bk-21134-SY |
| **ARCEL ROCIO FUENTES,** | Chapter  7 |
| Debtor. | Adv. No. |
| **CHARLES W. DAFF, solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of ARCEL ROCIO FUENTES,** | **COMPLAINT FOR:** |
| Plaintiff, | 1.  **AVOIDANCE OF INTENTIONAL FRAUDULENT TRANSFERS AND RECOVERY OF SAME [11 U.S.C. §§ 544, 548, 550, 551; CAL. CIV. CODE §§ 3439.04, 3439.07, 3439.08];** |
| v. | |
| **WILL FUENTES, an individual,** | 2.  **AVOIDANCE OF CONSTRUCTIVE FRAUDULENT TRANSFERS AND RECOVERY OF SAME [11 U.S.C. §§ 544, 548, 550, 551;  CAL. CIV. CODE §§ 3439.04, 3439.05, 3439.07, 3439.08, 3439.09];** |
| Defendant. | |
| | 3.  **DISALLOWANCE OF CLAIMS [11 U.S.C. §502(d)];** |
| | 4.  **UNJUST ENRICHMENT [11 U.S.C. § 105];** |
| | 5.  **DECLARATORY RELIEF [11 U.S.C. §§ 541, 544;  FRBP 7001(9)]; AND** |
| | 6.  **TURNOVER OF PROPERTY OF THE ESTATE [11 U.S.C. § 542]** |

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

1

Z:\E-F\Fuentes, Arcel Rocio\Adv\Pld\Complaint v3.docx
5256-000/81

1    Charles W. Daff, solely in his capacity as the duly-appointed, qualified, and acting

2  Chapter 7 Trustee ("Trustee" or "Plaintiff") for the bankruptcy estate ("Estate") of Arcel Rocio

3  Fuentes ("Debtor"), hereby brings this Complaint against Will Fuentes ("Defendant") and

4  respectfully complains and alleges as follows:

5    **STATEMENT OF JURISDICTION AND VENUE**

6    1.    This adversary proceeding is filed pursuant to Federal Rule of Bankruptcy

7  Procedure, Rules 7001(1) (a proceeding to recover money or property) and (9) (a proceeding to

8  obtain a declaratory judgment relating to any of the foregoing).

9    2.    Plaintiff, as Trustee for the Debtor's Estate has standing to bring this action under

10  11 U.S.C. §§ 323, 541, 544, and 550.

11    3.    This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C.

12  §§ 157 and 1334 in that this action arises in and relates to the Debtor's bankruptcy pending in the

13  United States Bankruptcy Court for the Central District of California, Riverside Division entitled

14  *In re Arcel Rocio Fuentes*, Case No. 6:16-bk-21134-SY on the Court's docket.

15    4.    This action is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) (matters

16  concerning the administration of the Estate), (b)(2)(E) (orders to turn over property of the estate),

17  and (b)(2)(H) (proceeding to determine, avoid or recover fraudulent conveyances).  To the extent

18  any related claims are determined not to be a core proceeding, Plaintiff consents to an entry of

19  final judgment and orders by the Bankruptcy Court.

20    5.    Venue is proper in this District pursuant to 28 U.S.C. § 1409(a), as this adversary

21  proceeding arises under Title 11, or arises under or relates to a case under Title 11, which is

22  pending in this District and does not involve a consumer debt less than $19,250.00.

23    6.    To the extent that the Plaintiff asserts claims under 11 U.S.C. § 544, the Plaintiff

24  is informed and believes and based thereon alleges that there exists in this case one or more

25  creditors holding unsecured claims allowable under 11 U.S.C. § 502 or are not allowable under

26  11 U.S.C. § 502(e), who can avoid the respective transfers as set forth hereinafter under

27  California or other applicable law.

28  ///

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Z:\E-F\Fuentes, Arcel Rocio\Adv\Pld\Complaint v3.docx
5256-000/81

## PARTIES

7.      Plaintiff is the duly-appointed, qualified, and acting Chapter 7 Trustee for the Debtor's Estate, and brings the claims asserted herein in that capacity.

8.      Plaintiff is informed and believes and thereon alleges that the Defendant is an individual residing in the County of Riverside, State of California.

## GENERAL ALLEGATIONS

9.      The Debtor filed a Voluntary Petition for relief under Chapter 7 of the Bankruptcy Code on December 22, 2016 ("Petition Date").

10.      The Plaintiff is informed and believes that the Defendant is the Debtor's spouse.

11.      The Plaintiff is informed and believes that on May 1, 2015, the Debtor and the Defendant purchased the residential real property located at 423 Madrid Street, Hemet, California, Assessor Parcel No. 448-191-038 ("Property"), in Riverside County, California.

12.      Despite the community property interest, title in the Property was putatively vested in the Defendant, "a married man as his sole and separate property," Document Number 2015-0181236.   A true and correct copy of the May 1, 2015 Grant Deed ("Grant Deed") is attached hereto as **"Exhibit 1."**

13.      Plaintiff is informed and believes that the Debtor and Defendant paid $250,000.00 for the Property and that all funds used to purchase the Property were community property funds earned during the course of the marriage of the Debtor and the Defendant.

14.      On her prior Bankruptcy Schedules A/B filed December 22, 2016, January 25, 2017, June 1, 2017, and June 22, 2017 (Dk. Nos. 1, 9, & 29), the Debtor listed an interest in the Property and listed both the value of the Property and the value of the portion she owned as $293,768.00.   However, with her most recent Amended Schedule A/B filed on June 23, 2017 ("Amended Schedule A/B") (Dk. No.30), the Debtor claims that portion she owns is "$0.00" and the Property is her "[h]usband's sole and separate property."   The Plaintiff is informed and believes and based thereon alleges that notwithstanding the Debtor's allegation in her Amended Schedule A/B and the Transfer (discussed below), the Debtor has a community interest in the Property.   A true and correct copy of the Debtor's prior Bankruptcy Schedules A/B and most

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Z:\E-F\Fuentes, Arcel Rocio\Adv\Pld\Complaint v3.docx
5256-000/81

1    recent Amended Schedule A/B are attached hereto as **Exhibit "2."**

2        15.    The Plaintiff is informed and believes, and based thereon alleges that

3    notwithstanding the Transfer, the Defendant never took sole possession of the Property and the

4    Debtor continued to reside in the Property after the Transfer.

5        16.    The Plaintiff is informed and believes that pursuant to an Interspousal Transfer

6    Deed recorded in the Riverside County Recorder's Office on or about May 1, 2015, Document

7    Number 2015-0181235 ("Interspousal Transfer Deed"), the Debtor and Defendant transferred the

8    Property from themselves to the Defendant as his sole and separate property, for no

9    consideration ("Transfer").   The Interspousal Transfer Deed indicates that the Documentary

10   Transfer Tax was $0.00.  A true and correct copy of the Interspousal Transfer Deed is attached

11   hereto as **"Exhibit 3."**

12       17.    Notwithstanding the Transfer, the Debtor remains in possession of the Property

13   and was, at all relevant times alleged herein, the owner of the Property.

14       18.    The Plaintiff is informed and believes that the Defendant did not pay the Debtor

15   any consideration in exchange for the Property.

16       19.    The Plaintiff is continuing his investigation to determine whether additional

17   avoidable transfers were made to the Defendant during the four (4) years prior to the Petition

18   Date and reserves the right to amend this Complaint to recover any such additional avoidable

19   transfers.  The Plaintiff is informed and believes, and based thereon alleges, that any funds paid

20   to the Defendant during the four (4) years prior to the Petition Date were preferential and/or

21   fraudulent and are recoverable by Plaintiff under the Bankruptcy Code.

22                         **FIRST CLAIM FOR RELIEF**

23            **[Avoidance and Recovery of Intentional Fraudulent Transfer]**

24        **[11 U.S.C. §§ 544, 548, 550, 551; Cal. Civ. Code §§ 3439.04, 3439.07, 3439.08]**

25       20.    Plaintiff hereby incorporates by reference paragraphs 1 through 19 and realleges

26   these paragraphs as though set forth in full.

27   ///

28   ///

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Z:\E-F\Fuentes, Arcel Rocio\Adv\Pld\Complaint v3.docx
5256-000/81

21.     Plaintiff is informed and believes, and based thereon alleges, that there are present creditors of the Debtor that were listed at the time of the Transfer that still remain unpaid as of the Petition Date.  Plaintiff is informed and believes, and based thereon alleges, that future creditors of the Debtor existed following the Transfer who remain unpaid as of the Petition Date.

22.     The Transfer as alleged in Paragraph 16 is of the Debtor's property.

23.     The Transfer was made on or within four (4) years of the Petition Date, but in no event longer than seven (7) years prior to the Petition Date.

24.     The Transfer was made with the intent to hinder, delay, or defraud the Debtor's creditors.

25.     The Transfer was for no consideration or for less than reasonably equivalent value.

26.     The Transfer was made at a time when the Debtor was insolvent and/or rendered insolvent by virtue of said Transfer.

27.     The Transfer was to or for the benefit of an insider of the Debtor.

28.     The Debtor retained possession or control of the Property after the Transfer.

29.     Before the Transfer was made, the Debtor had been threatened with suit.

30.     The Transfer was of substantially all of the Debtor's assets.

31.     The value of consideration received by the Debtor for the Transfer was not reasonably equivalent to the value of the asset transferred or the amount of debt incurred.

32.     The Transfer occurred shortly before or after a substantial debt was incurred.

33.     Based on the foregoing, Plaintiff may avoid the Transfer and recover the value of the Transfer and/or the Property transferred, with an automatic preservation of the Transfer for the benefit of the Estate, pursuant to 11 U.S.C. §§ 544, 550, and 551, and California Civil Code §§ 3439.04, *et seq.*

///

///

///

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Z:\E-F\Fuentes, Arcel Rocio\Adv\Pld\Complaint v3.docx
5256-000/81

## SECOND CLAIM FOR RELIEF

**[Avoidance and Recovery of Constructive Fraudulent Transfer]**

**[11 U.S.C. §§ 544, 548, 550, 551; Cal. Civ. Code §§ 3439.04,**

**3439.05, 3439.07, 3439.08, 3439.09]**

34.     Plaintiff hereby incorporates by reference paragraphs 1 through 19 and realleges these paragraphs as though set forth in full.

35.     Plaintiff is informed and believes, and based thereon alleges, that there are present creditors of the Debtor that were listed at the time of the Transfer that still remain unpaid as of the Petition Date.  Plaintiff is informed and believes, and based thereon alleges, that future creditors of the Debtor existed following the Transfer who remain unpaid as of the Petition Date.

36.     Plaintiff is informed and believes, and based thereon alleges, that the Transfer was made on or within four (4) years of the Petition Date, but in no event longer than seven (7) years prior to the Petition Date.

37.     Plaintiff is informed and believes, and based thereon alleges, that the Transfer was made:

(a)     For less than reasonably equivalent value, or any value, and

(b)     At a time when the Debtor was insolvent and/or was rendered insolvent by virtue of the Transfer, and/or

(c)     While the Debtor was engaged or about to engage in a business or a transaction for which the remaining assets of the Debtor were unreasonably small in relation to the business or transaction, and/or

(d)     While the Debtor intended to incur, or believed, or reasonably should have believed the Debtor would incur debts beyond the Debtor's ability to pay them as they became due, and/or

(e)     The Debtor made the Transfer to or for the benefit of an insider, or incurred such obligation to or for the benefit of an insider, under an employment contract and not in the ordinary course of business.

///

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Z:\E-F\Fuentes, Arcel Rocio\Adv\Pld\Complaint v3.docx
5256-000/81

38.     Based on the foregoing, Plaintiff may avoid the Transfer and recover the value of the Transfer and/or the Property transferred, with an automatic preservation of the Transfer for the benefit of the Estate pursuant to 11 U.S.C. §§ 544, 550, and 551, and California Civil Code §§ 3439.04, *et seq.*

## **THIRD CLAIM FOR RELIEF**

### **[Disallowance of Claims by Defendant]**

### **[11 U.S.C. § 502(d)]**

39.     Plaintiff hereby incorporates by reference paragraphs 1 through 19 and realleges these paragraphs as though set forth in full.

40.     Defendant is an entity from which property is recoverable under 11 U.S.C. § 550 and Defendant received an avoidable transfer under 11 U.S.C. § 544.

41.     Defendant has not paid the amount or turned over any such Property for which Defendant is liable under 11 U.S.C. § 522(i), 542, 543, 544, 550, and 553 of the Bankruptcy Code.

42.     Pursuant to 11 U.S.C. § 502(d), to the extent Defendant files a claim against the Debtor's Estate, such claim should be disallowed.

## **FOURTH CLAIM FOR RELIEF**

### **[Unjust Enrichment]**

### **[11 U.S.C. § 105]**

43.     Plaintiff hereby incorporates by reference paragraphs 1 through 19 and realleges these paragraphs as though set forth in full.

44.     The Defendant received a benefit through the Transfer, and Defendant's retention of the Transfer and/or the value of the Transfer, results in unjust retention of said benefit at the Estate's expense.

///

///

///

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

7

Z:\E-F\Fuentes, Arcel Rocio\Adv\Pld\Complaint v3.docx
5256-000/81

# FIFTH CLAIM FOR RELIEF

## [Declaratory Relief]

### [11 U.S.C. §§ 363, 541, 544; FRBP 7001(9)]

45.     Plaintiff hereby incorporates by reference paragraphs 1 through 19 and realleges these paragraphs as though set forth in full.

46.     Plaintiff and Defendant herein have a dispute in which a declaration of their respective rights is necessary.  Plaintiff is further informed and believes and thereon alleges that the said disputes are actual and continuing, and concern the continuing assertion by Defendant that he may assert claims herein, retain the benefits of illegal or wrongful acts of other defendants herein, and/or adopt and ratify the said illegal and wrongful acts, to the damage and prejudice of Plaintiff.

47.     Plaintiff is further informed and believes, and thereon alleges, that the said disputes are actual and continuing, and concerns the continuing assertion by Defendant that he owns the Property as his sole and separate property, to the damage and prejudice of Plaintiff.

48.     Plaintiff is informed and believes and thereon alleges that prior to the Transfer, title to Property was vested in the Debtor and Defendant jointly as community property notwithstanding the granting language contained within the Grant Deed. *In re Marriage of Valli*, 58 Cal. 4th 1396 (2014).

49.     Plaintiff is informed and believes and thereon alleges that the Debtor and Defendant used community property funds earned during the course of the marriage of the Debtor and the Defendant to purchase the Property.

50.     Plaintiff is informed and believes that Defendant exercised undue influence in obtaining the Debtor's cooperation in the Transfer.

51.     Plaintiff is informed and believes that the Debtor did not make the Transfer freely and voluntarily, with full knowledge of the facts, or with a complete understanding of the effect of the transaction.

52.     Plaintiff is informed and believes that all appreciation in the Property inures to the benefit of the Estate.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Z:\E-F\Fuentes, Arcel Rocio\Adv\Pld\Complaint v3.docx
5256-000/81

1    53.    Plaintiff is informed and believes and thereon alleges that the Property is

2    community property.

3    54.    Based on all of the above, Plaintiff respectfully requests from this Court a

4    declaration that the Property is community property and thus property of the Estate pursuant to

5    Section 541 of the Bankruptcy Code and that the Property must be turned over to be used and

6    sold by the Trustee pursuant to Section 363 of the Bankruptcy Code.

7    55.    The Plaintiff is entitled to declaratory relief related to this cause of action for the

8    recovery of money or property, other than a proceeding to compel the Debtor to deliver property

9    to the Trustee, or a proceeding under 11 U.S.C. §§ 554(b), 725, Rule 2017, or Rule 6002.

10    ## SIXTH CLAIM FOR RELIEF

11    **[Turnover]**

12    **[11 U.S.C. § 542]**

13    56.    Plaintiff hereby incorporates by reference paragraphs 1 through 19 and realleges

14    these paragraphs as though set forth in full.

15    57.    Defendant is in possession, custody or control of the Property.

16    58.    The Property is property of the Estate.

17    59.    Plaintiff is entitled to use, sell, or lease the Estate's legal and equitable interests in

18    the Property under 11 U.S.C. § 363.

19    60.    Defendant shall deliver to the Plaintiff, and account for, the Property, or the value

20    of the Property, unless the Property is of inconsequential value or benefit to the Estate.

21    ## PRAYER

22    **WHEREFORE**, the Trustee respectfully requests that this Court enter judgment as

23    follows:

24    1.    Avoiding the Transfer, and declaring that said Transfer be annulled and rendered

25    void as a fraudulent transfer, and for an order recovering and preserving the Transfer for the

26    benefit of the Estate, or the value of said Transfer for the benefit of the Estate, together with

27    interest thereon at the legal rate from the date of the Transfer;

28    ///

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Z:\E-F\Fuentes, Arcel Rocio\Adv\Pld\Complaint v3.docx
5256-000/81

1        2.    Disallowing any claims of the Defendant if he fails or refuses to turn over the

2    Property, and/or the value of the Property, pursuant to 11 U.S.C. § 502(d);

3        3.    Declaring that the Defendant was unjustly enriched by the Transfer, and for an

4    order recovering and preserving the Transfer for the benefit of the Estate, or the value of the

5    Transfer for the benefit of the Estate, together with interest thereon at the legal rate from the date

6    of the Transfer;

7        4.    Declaring that the Property is community property and property of the Estate

8    pursuant to Section 541 of the Bankruptcy Code;

9        5.    Granting turnover of the legal and equitable interests in the Property, or the value

10   of the Property, from the Defendant pursuant to 11 U.S.C. § 542;

11       6.    Finding that all appreciation in the Property inures to the benefit of the Estate;

12       7.    Awarding the Trustee the costs of suit incurred herein, including attorneys' fees

13   and costs as provided by applicable case law, statute and/or agreement of the parties; and

14       8.    For such other and further relief as the Court may deem just and proper under the

15   circumstances of this case.

16                            Respectfully submitted,

17                            **SHULMAN HODGES & BASTIAN LLP**

18   Dated: July 24, 2017           */s/ Brandon J. Iskander*

19                            Lynda T. Bui

                            Brandon J. Iskander

20                            Attorneys for Charles W. Daff, Chapter 7 Trustee

                           for the bankruptcy estate of Arcel Rocio Fuentes

21

22

23

24

25

26

27

28

**SHULMAN HODGES &
BASTIAN LLP**
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Z:\E-F\Fuentes, Arcel Rocio\Adv\Pld\Complaint v3.docx
5256-000/81

# EXHIBIT 1

RECORDING REQUESTED BY:
Prominent Escrow Services, Inc.

**ServiceLink**

*Mail Tax Statements*

**When Recorded Mail Document To:**
Will Fuentes
423 Madrid Street
Hemet, CA 92545

Escrow No.: 104-1501411-JO
Title No.: 140148975

DOC # 2015-0181236
05/01/2015 05:00 PM Fees: $21.00
Page 1 of 3  Doc T Tax Paid
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor, County Clerk & Recorder

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by: MGREGSTON

---

APN:  448-191-038-8

*TPA-006-109*

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

**The undersigned grantor(s) declare(s) Documentary transfer tax is $275.00**

- ☒ computed on full value of property conveyed, or
- ☐ computed on full value less value of liens or encumbrances remaining at time of sale,
- ☒ The property is located in the City of Hemet

**FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,**

Capital One, N.A

**hereby GRANT(S) to**

Will Fuentes , a married man as his sole and separate property

**the following described real property:**

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

Dated: _____03/24/15_____

**Mail Tax Statements As Directed Above**

**EXHIBIT 1**

DOC #2015010123647 Page 2 of 3 05/01/2015 05:00 PM

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of _Texas._

County of _Collin_

On _March 24, 2015_ before me, _Gail K. Sloan_, Notary Public,

personally appeared _Linda D. Coy_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of _Texas_ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Gail K. Sloan_ (Seal)

Capital One, N.A

BY: 

**Linda D Coy**
**Authorized Signature**

GAIL K. SLOAN
Notary Public
STATE OF TEXAS
My Comm. Exp. June 1, 2018

EXHIBIT 1

EXHIBIT " A "

LOT 51 OF TRACT NO. 22189-5, IN THE CITY OF HEMET, COUNTY OF RIVERSIDE, STATE OF
CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 278 PAGES 29 TO 31 INCLUSIVE OF
MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA. EXCEPTING THEREFROM THE
EXCLUSIVE RIGHTS TO AND OWNERSHIP OF ALL GEOTHERMAL RESOURCES, MINERALS,
PRECIOUS AND USEFUL METALS, SUBSTANCES AND HYDROCARBONS OF EVERY KIND AND
CHARACTER, INCLUDING PETROLEUM, OIL, GAS, ASPHALTUM AND TAR, THAT MAY NOW OR
THEREAFTER BE FOUND, LOCATED, CONTAINED, DEVELOPED OR TAKEN ON, IN UNDER OR
FROM SAID PARCEL, OR ANY PART THEREOF WITHOUT, HOWEVER ANY RIGHT OF SURFACE
ENTRY BENEATH THE SURFACE OF SAID REAL PROPERTY FOR THE DEVELOPMENT,
REMOVAL OR OTHER EXPLOITATION OF SAID RESOURCES AND SUBSTANCES.

EXHIBIT 1

# EXHIBIT 2

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Arcel Rocio Fuentes** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | |

☐ Check if this is an
amended filing

## Official Form 106A/B

# Schedule A/B: Property                                         12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
■ Yes.  Where is the property?

| 1.1 | **What is the property?** Check all that apply | |
|---|---|---|
| **423 Madrid St** | ■ Single-family home | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| | ☐ Manufactured or mobile home | |
| **Hemet          CA      92545-0000** | ☐ Land | |
| City          State      ZIP Code | ☐ Investment property | **Current value of the entire property?**   **Current value of the portion you own?** |
| | ☐ Timeshare | $293,768.00          $293,768.00 |
| | ☐ Other _____ | |
| | **Who has an interest in the property?** Check one | **Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known. |
| **Riverside** | ☐ Debtor 1 only | **Fee simple** |
| County | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | |
| | ■ At least one of the debtors and another | ☐ **Check if this is community property** (see instructions) |
| | **Other information you wish to add about this item, such as local property identification number:** | |

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**.........................................................=>

| |
|---|
| $293,768.00 |

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                   Best Case Bankruptcy

EXHIBIT 2

Debtor 1    **Arcel Rocio Fuentes**                                                              Case number *(if known)*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

| 3.1 | Make: | **Toyota** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|--|--|--|--|--|

3.1  Make: **Toyota**
     Model: **4Runner**
     Year: **1997**
     Approximate mileage: **252,000**
     Other information:

     Location: 423 Madrid St, Hemet CA 92545

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$760.00**
Current value of the portion you own?    **$760.00**

3.2  Make: **Ford**
     Model: **Expedition**
     Year: **2002**
     Approximate mileage: **120,000**
     Other information:

     Location: 423 Madrid St, Hemet CA 92545
     (Salvage Title)

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$1,149.00**
Current value of the portion you own?    **$1,149.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...................................................=>    **$1,909.00**

| Part 3: | Describe Your Personal and Household Items |
|--|--|

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

   Location: 423 Madrid St, Hemet CA 92545    **$250.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes.  Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

EXHIBIT 2

Debtor 1    **Arcel Rocio Fuentes**                                    Case number *(if known)*

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
      musical instruments
   ■ No
   ☐ Yes.  Describe.....

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes.  Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

| Location: 423 Madrid St, Hemet CA 92545 | $300.00 |
|---|---|

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ■ No
   ☐ Yes.  Describe.....

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes.  Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
   for Part 3. Write that number here ...........................................................................

   | $550.00 |
   |---|

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes.................................................................................................

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
      institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................        Institution name:

   17.1.   **Checking**        **Wells Fargo Bank**                        $30.00

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes..................        Institution or issuer name:

**EXHIBIT 2**

| Debtor 1 | **Arcel Rocio Fuentes** | Case number *(if known)* |
|---|---|---|

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes.  Give specific information about them....................

               Name of entity:                                 % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them

               Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each account separately.

               Type of account:                 Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes. .....................                     Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes.............          Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes.............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

☐ No

☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| Estimated 2016 Tax Refund | Federal & State | $3,079.00 |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                       Best Case Bankruptcy

**EXHIBIT 2**

| Debtor 1 | **Arcel Rocio Fuentes** | Case number *(if known)* |
|---|---|---|

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.

    Company name:                    Beneficiary:                    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**

    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...........................................................................................................

    | $3,109.00 |
    |---|

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
|  | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ■ No
    ☐ Yes. Give specific information.........

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EXHIBIT 2

Debtor 1    **Arcel Rocio Fuentes**                                         Case number *(if known)* _____

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................     | $0.00 |

**Part 8:**    List the Totals of Each Part of this Form

55.  **Part 1: Total real estate, line 2** ...............................................................................................................     $293,768.00

56.  **Part 2: Total vehicles, line 5**                                                $1,909.00

57.  **Part 3: Total personal and household items, line 15**                          $550.00

58.  **Part 4: Total financial assets, line 36**                                      $3,109.00

59.  **Part 5: Total business-related property, line 45**                             $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**                    $0.00

61.  **Part 7: Total other property not listed, line 54**                   +         $0.00

62.  **Total personal property.** Add lines 56 through 61...                          $5,568.00       Copy personal property total        $5,568.00

63.  **Total of all property on Schedule A/B**. Add line 55 + line 62                                                          | $299,336.00 |

EXHIBIT 2

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Arcel Rocio Fuentes** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **423 Madrid St Hemet, CA 92545 Riverside County**<br>Line from *Schedule A/B*: **1.1** | $293,768.00 | ■  $100,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **1997 Toyota 4Runner 252,000 miles Location: 423 Madrid St, Hemet CA 92545**<br>Line from *Schedule A/B*: **3.1** | $760.00 | ■  $760.00<br>☐  100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| **2002 Ford Expedition 120,000 miles Location: 423 Madrid St, Hemet CA 92545 (Salvage Title)**<br>Line from *Schedule A/B*: **3.2** | $1,149.00 | ■  $1,149.00<br>☐  100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| **Location: 423 Madrid St, Hemet CA 92545**<br>Line from *Schedule A/B*: **6.1** | $250.00 | ■  $250.00<br>☐  100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Location: 423 Madrid St, Hemet CA 92545**<br>Line from *Schedule A/B*: **11.1** | $300.00 | ■  $300.00<br>☐  100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

EXHIBIT 2

Case 6:16-bk-21134-SY    Debtor 1    Main   Filed 12/23/16   Entered 12/23/16 17:14:15 Desc  Main Document    Page 18 of 51

Case number (if known)

**Arcel Rocio Fuentes**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Checking: Wells Fargo Bank**<br>Line from *Schedule A/B*: **17.1** | $30.00 | ■ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| **Federal & State: Estimated 2016 Tax Refund**<br>Line from *Schedule A/B*: **28.1** | $3,079.00 | ■ $3,079.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |

3.  **Are you claiming a homestead exemption of more than $160,375?**
    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■  No

    ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐   No

       ☐   Yes

EXHIBIT 2

| Fill in this information to identify your case and this filing: | | |
|---|---|---|
| Debtor 1 | **Arcel Rocio Fuentes** | |
| | First Name          Middle Name          Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) | First Name          Middle Name          Last Name | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | |
| Case number | **6:16-bk-21134** | ☐ Check if this is an amended filing |

## Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
■ Yes. Where is the property?

1.1

**423 Madrid St**
_____
Street address, if available, or other description

**Hemet**          **CA**    **92545-0000**
_____
City          State          ZIP Code

**Riverside**
_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$293,768.00**

Current value of the portion you own? **$293,768.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................=>          **$293,768.00**

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

EXHIBIT 2

| Debtor 1 | **Arcel Rocio Fuentes** | Case number *(if known)* | **6:16-bk-21134** |
|---|---|---|---|

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

---

3.1    Make: **Toyota**

Model: **4Runner**

Year: **1997**

Approximate mileage: **252,000**

Other information:

Location: 423 Madrid St, Hemet CA 92545

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$760.00**

Current value of the portion you own? **$760.00**

---

3.2    Make: **Ford**

Model: **Expedition**

Year: **2002**

Approximate mileage: **120,000**

Other information:

Location: 423 Madrid St, Hemet CA 92545 (Salvage Title)

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$1,149.00**

Current value of the portion you own? **$1,149.00**

---

3.3    Make: **Chrysler**

Model: **Town & Country**

Year: **2015**

Approximate mileage: **56,000**

Other information:

Location: 423 Madrid St, Hemet CA 92545

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$14,087.00**

Current value of the portion you own? **$14,087.00**

---

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=>    **$15,996.00**

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| Location: 423 Madrid St, Hemet CA 92545 | $250.00 |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

■ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**EXHIBIT 2**

Debtor 1   **Arcel Rocio Fuentes** _____   Case number *(if known)*   **6:16-bk-21134**

☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| Location: 423 Madrid St, Hemet CA 92545 | $300.00 |
|---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................................................

| | $550.00 |
|---|---|

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes.................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.......................

Institution name:

| | 17.1. **Checking** | **Wells Fargo Bank** | $30.00 |
|---|---|---|---|

**EXHIBIT 2**

Case 6:16-bk-21134-SY    Doc 9    Filed 01/25/17    Entered 01/25/17 17:32:31    Desc  Main Document    Page 5 of 17

Debtor 1    **Arcel Rocio Fuentes**    Case number *(if known)*   **6:16-bk-21134**

---

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes...................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them....................
    Name of entity:    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
    Type of account:    Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

---

EXHIBIT 2

Debtor 1    **Arcel Rocio Fuentes**    Case number (*if known*)    **6:16-bk-21134**

**28. Tax refunds owed to you**
☐ No
■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | | |
|---|---|---|
| Estimated 2016 Tax Refund | Federal & State | $3,079.00 |

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes. Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.
Company name:    Beneficiary:    Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
■ No
☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
■ No
☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
■ No
☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**
■ No
☐ Yes. Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...............................................................................................................**    $3,109.00

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
■ No. Go to Part 6.
☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
■ No. Go to Part 7.

Official Form 106A/B    Schedule A/B: Property    page 5

EXHIBIT 2

Debtor 1    **Arcel Rocio Fuentes** _____    Case number *(if known)*    **6:16-bk-21134**

☐ Yes. Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................. | **$0.00** |

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2** ....................................................................................... | | **$293,768.00** |
56. **Part 2: Total vehicles, line 5** | **$15,996.00** |
57. **Part 3: Total personal and household items, line 15** | **$550.00** |
58. **Part 4: Total financial assets, line 36** | **$3,109.00** |
59. **Part 5: Total business-related property, line 45** | **$0.00** |
60. **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** |
61. **Part 7: Total other property not listed, line 54** + | **$0.00** |

62. **Total personal property. Add lines 56 through 61...** | **$19,655.00** | Copy personal property total | **$19,655.00** |

63. **Total of all property on Schedule A/B. Add line 55 + line 62** | **$313,423.00** |

**EXHIBIT 2**

| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | **Arcel Rocio Fuentes** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | **6:16-bk-21134** | | |

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

**1.1**

**423 Madrid St**
Street address, if available, or other description

**Hemet          CA      92545-0000**
City                State       ZIP Code

**Riverside**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$293,768.00** | **$293,768.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..............................................................=>**

| $293,768.00 |
|---|

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

EXHIBIT 2

Case 6:16-bk-21134-SY    Doc 29    Filed 06/01/17    Entered 06/01/17 17:33:11    Desc    Main Document    Page 3 of 10

| Debtor 1 | **Arcel Rocio Fuentes** | Case number *(if known)* | **6:16-bk-21134** |
|---|---|---|---|

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

| | | | | |
|---|---|---|---|---|
| 3.1 | Make: **Toyota** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| | Model: **4Runner** | ■ Debtor 1 only | | |
| | Year: **1997** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: **252,000** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | ☐ At least one of the debtors and another | | |
| | Location: 423 Madrid St, Hemet CA 92545 | ☐ Check if this is community property (see instructions) | **$760.00** | **$760.00** |

| | | | | |
|---|---|---|---|---|
| 3.2 | Make: **Ford** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| | Model: **Expedition** | ■ Debtor 1 only | | |
| | Year: **2002** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: **120,000** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | ☐ At least one of the debtors and another | | |
| | Location: 423 Madrid St, Hemet CA 92545 (Salvage Title) | ☐ Check if this is community property (see instructions) | **$1,149.00** | **$1,149.00** |

| | | | | |
|---|---|---|---|---|
| 3.3 | Make: **Chrysler** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| | Model: **Town & Country** | ☐ Debtor 1 only | | |
| | Year: **2015** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: **56,000** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | ☐ At least one of the debtors and another | | |
| | Location: 423 Madrid St, Hemet CA 92545 | ☐ Check if this is community property (see instructions) | **$14,087.00** | **$14,087.00** |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>    **$15,996.00**

| **Part 3:** | Describe Your Personal and Household Items |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes. Describe.....

| Location: 423 Madrid St, Hemet CA 92545 | $250.00 |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

■ No

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EXHIBIT 2

| Debtor 1 | **Arcel Rocio Fuentes** | Case number *(if known)* | **6:16-bk-21134** |
|---|---|---|---|

☐ Yes.  Describe.....

**8.  Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No
☐ Yes.  Describe.....

**9.  Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No
☐ Yes.  Describe.....

**10.  Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No
☐ Yes.  Describe.....

**11.  Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
■ Yes.  Describe.....

| Location: 423 Madrid St, Hemet CA 92545 | $300.00 |
|---|---|

**12.  Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

■ No
☐ Yes.  Describe.....

**13.  Non-farm animals**
*Examples:* Dogs, cats, birds, horses

■ No
☐ Yes.  Describe.....

**14.  Any other personal and household items you did not already list, including any health aids you did not list**

■ No
☐ Yes.  Give specific information.....

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........................................................................** | **$550.00** |

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions.

**16.  Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

■ No
☐ Yes..................................................................................

**17.  Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes......................

Institution name:

| 17.1.  **Checking** | **Wells Fargo Bank** | $104.99 |
|---|---|---|

EXHIBIT 2

| Debtor 1 | Arcel Rocio Fuentes | | Case number *(if known)* | 6:16-bk-21134 |

| | | | | |
|---|---|---|---|---|
| 17.2. | **Checking/Savings** | **Chase**<br>**Husband's Account** | | $1,309.75 |
| 17.3. | **Checking/Savings** | **ADP**<br>**Husband's Account** | | $97.75 |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes.................   Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ■ No
   ☐ Yes.  Give specific information about them...................
      Name of entity:                                       % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
      Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ■ No
   ☐ Yes. List each account separately.
      Type of account:            Institution name:

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. ....................   Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............   Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**EXHIBIT 2**

Case 6:16-bk-21134-SY    Doc 29    Filed 06/01/17    Entered 06/01/17 17:33:11    Desc  Main Document    Page 6 of 10

| Debtor 1 | **Arcel Rocio Fuentes** | | Case number *(if known)* | **6:16-bk-21134** |
|---|---|---|---|---|

**28. Tax refunds owed to you**

☐ No

■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | | |
|---|---|---|
| 2016 Tax Refund | Federal & State | $9,693.00 |

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No

☐ Yes.  Give specific information..

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No

☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No

☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**

■ No

☐ Yes.  Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.....................................................................................................**

| |
|---|
| $11,205.49 |

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes.  Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

**EXHIBIT 2**

Case 6:16-bk-21134-SY    Doc 29    Filed 06/01/17    Entered 06/01/17 17:03:11    Desc Main Document    Page 7 of 10

| Debtor 1 | **Arcel Rocio Fuentes** | Case number *(if known)* | **6:16-bk-21134** |
|---|---|---|---|

☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................... **$0.00**

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2** ....................................................................................................    **$293,768.00**

56. **Part 2: Total vehicles, line 5**    **$15,996.00**

57. **Part 3: Total personal and household items, line 15**    **$550.00**

58. **Part 4: Total financial assets, line 36**    **$11,205.49**

59. **Part 5: Total business-related property, line 45**    **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**    **$0.00**

61. **Part 7: Total other property not listed, line 54**    +    **$0.00**

62. **Total personal property.** Add lines 56 through 61...    **$27,751.49**    Copy personal property total    **$27,751.49**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62    **$321,519.49**

EXHIBIT 2

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Arcel Rocio Fuentes** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **6:16-bk-21134** |

■ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes.  Where is the property?

| 1.1 | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| **423 Madrid St** | ■ Single-family home | |
| Street address, if available, or other description | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| | ☐ Manufactured or mobile home | **Current value of the entire property?**          **Current value of the portion you own?** |
| **Hemet          CA     92545-0000** | ☐ Land | **$293,768.00**                    **$0.00** |
| City          State          ZIP Code | ☐ Investment property | |
| | ☐ Timeshare | **Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known. |
| | ☐ Other _____ | |
| | **Who has an interest in the property?** Check one | **Fee simple** |
| **Riverside** | ☐ Debtor 1 only | |
| County | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Check if this is community property |
| | ■ At least one of the debtors and another | (see instructions) |

Other information you wish to add about this item, such as local property identification number:

**Husband's sole & separate property. No community funds were used to purchase the property. House was purchased with $0 down payment through the CalHFA program.  Debtor was never on title to the property.**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>**          $0.00

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

EXHIBIT 2

| Debtor 1 | **Arcel Rocio Fuentes** | Case number *(if known)* | **6:16-bk-21134** |

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

**3.1**   Make: **Toyota**
  Model: **4Runner**
  Year: **1997**
  Approximate mileage: **252,000**
  Other information:

Location: 423 Madrid St, Hemet CA 92545

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$760.00**
Current value of the portion you own? **$760.00**

**3.2**   Make: **Ford**
  Model: **Expedition**
  Year: **2002**
  Approximate mileage: **120,000**
  Other information:

Location: 423 Madrid St, Hemet CA 92545 (Salvage Title)

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$1,149.00**
Current value of the portion you own? **$1,149.00**

**3.3**   Make: **Chrysler**
  Model: **Town & Country**
  Year: **2015**
  Approximate mileage: **56,000**
  Other information:

Location: 423 Madrid St, Hemet CA 92545

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$14,087.00**
Current value of the portion you own? **$14,087.00**

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

**5**   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................................................=>   **$15,996.00**

### Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
*Do not deduct secured claims or exemptions.*

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| Location: 423 Madrid St, Hemet CA 92545 | **$250.00** |

### 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

**EXHIBIT 2**

| Debtor 1 | **Arcel Rocio Fuentes** | Case number *(if known)* | **6:16-bk-21134** |

☐ Yes. Describe.....

**8. Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes. Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes. Describe.....

| Location: 423 Madrid St, Hemet CA 92545 | $300.00 |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ■ No
   ☐ Yes. Describe.....

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................... | **$550.00** |

| **Part 4:** | **Describe Your Financial Assets** |

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes................................................................................

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes.......................
   Institution name:

| 17.1. | **Checking** | **Wells Fargo Bank** | $104.99 |

EXHIBIT 2

| Debtor 1 | Arcel Rocio Fuentes | | Case number *(if known)* | 6:16-bk-21134 |

| | | **Chase** | |
|---|---|---|---|
| 17.2. | **Checking/Savings** | **Husband's Account** | $1,309.75 |

| | | **ADP** | |
|---|---|---|---|
| 17.3. | **Checking/Savings** | **Husband's Account** | $97.75 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes.................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
■ No
☐ Yes.  Give specific information about them...................
    Name of entity:                                      % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
    Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
■ No
☐ Yes. List each account separately.
    Type of account:              Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. ....................    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EXHIBIT 2

| Debtor 1 | **Arcel Rocio Fuentes** | Case number *(if known)* | **6:16-bk-21134** |

**28. Tax refunds owed to you**

☐ No

■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| 2016 Tax Refund | Federal & State | $9,693.00 |

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No

☐ Yes.  Give specific information..

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No

☐ Yes. Name the insurance company of each policy and list its value.

| | Company name: | Beneficiary: | Surrender or refund value: |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes.  Give specific information..

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No

☐ Yes.  Describe each claim.........

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes.  Describe each claim.........

**35.  Any financial assets you did not already list**

■ No

☐ Yes.  Give specific information..

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**............................................................................................................................

| $11,205.49 |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

**37.  Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes.  Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| | If you own or have an interest in farmland, list it in Part 1. |

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

EXHIBIT 2

Debtor 1    **Arcel Rocio Fuentes**                                    Case number *(if known)*    **6:16-bk-21134**

☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☑ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................    **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2** ...................................................................................................................    **$0.00**

56.  **Part 2: Total vehicles, line 5**                                          **$15,996.00**
57.  **Part 3: Total personal and household items, line 15**                      **$550.00**
58.  **Part 4: Total financial assets, line 36**                               **$11,205.49**
59.  **Part 5: Total business-related property, line 45**                          **$0.00**
60.  **Part 6: Total farm- and fishing-related property, line 52**                  **$0.00**
61.  **Part 7: Total other property not listed, line 54**              +           **$0.00**

62.  **Total personal property. Add lines 56 through 61...**            **$27,751.49**    Copy personal property total    **$27,751.49**

63.  **Total of all property on Schedule A/B. Add line 55 + line 62**                              **$27,751.49**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

EXHIBIT 2

# EXHIBIT 3

DOC # 2015-0181235
05/01/2015 05:00 PM Fees: $21.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor, County Clerk & Recorder

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by: MGREGSTON

**RECORDING REQUESTED BY:**
Prominent Escrow Services, Inc.

~~ServiceLink~~
Mail Tax Statements
**When Recorded Mail Document To:**
Will Fuentes
423 Madrid Street
Hemet, CA 92545

Escrow No.:  104-1501411-JO
Title No.:  140148975

APN:  448-191-038-8
TPA - 006-109

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## INTERSPOUSAL TRANSFER DEED
(Excluded from reappraisal under California Constitution Article 13 A Section 1 et seq.)

The undersigned grantor(s) declare(s): **Documentary transfer tax is $0.00**

☒ computed on full value of property conveyed, or

☐ computed on full value less value of liens or encumbrances remaining at time of sale,

☒ The property is located in the City of Hemet

This is an Interspousal Transfer and not a change in ownership under Section 63 of the Revenue and Taxation Code and Grantor(s) has (have) checked the applicable exclusion from reappraisal:

☒ One spouse to other

-A creation, transfer, or termination, solely between spouses, of any co-owner's interest.

FOR A VALUE CONSIDERATION, receipt of which is hereby acknowledged,

**Arcel Rocio Fuentes, Spouse of Grantee**

hereby GRANT(s) to

**Will Fuentes, a married man as his sole and separate property**

the following described real property:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

The grantor is executing this instrument for the purpose of relinquishing all of grantor's rights, title and interest, including, but not limited to, any community property interest in and to the land described herein and placing title in the name of the grantee as his/her separate property.

Dated:  March 23, 2015

MAIL TAX STATEMENTS AS DIRECTED ABOVE
INTERSPOUSAL TRANSFER DEED

EXHIBIT 3



Arcel Rocio Fuentes

---

A notary public or other officer completing this certificate
verifies only the identity of the individual who signed the
document to which this certificate is attached, and not
the truthfulness, accuracy, or validity of that document.

State of California
County of _____ *Orange* _____

On _April 24th 2015_____ before me, *Susana Pepe, Notary Public,* Notary Public,
personally appeared *Arcel Rocio Fuentes*_____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that
by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted,
executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and
correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

SUSANA PEPE
Commission # 1941729
Notary Public - California
Orange County
My Comm. Expires Jun 20, 2015

---

**MAIL TAX STATEMENTS AS DIRECTED ABOVE**
INTERSPOUSAL TRANSFER DEED

EXHIBIT 3

APN: 448-191-038-8

## EXHIBIT "A"

LOT 51 OF TRACT NO. 22189-5, IN THE CITY OF HEMET, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS
SHOWN BY MAP ON FILE IN BOOK 278 PAGES 29 TO 31 INCLUSIVE OF MAPS, RECORDS OF RIVERSIDE
COUNTY, CALIFORNIA. EXCEPTING THEREFROM THE EXCLUSIVE RIGHTS TO AND OWNERSHIP OF ALL
GEOTHERMAL RESOURCES, MINERALS, PRECIOUS AND USEFUL METALS, SUBSTANCES AND
HYDROCARBONS OF EVERY KIND AND CHARACTER, INCLUDING PETROLEUM, OIL, GAS, ASPHALTUM AND
TAR, THAT MAY NOW OR THEREAFTER BE FOUND, LOCATED, CONTAINED, DEVELOPED OR TAKEN ON, IN
UNDER OR FROM SAID PARCEL, OR ANY PART THEREOF WITHOUT, HOWEVER ANY RIGHT OF SURFACE
ENTRY BENEATH THE SURFACE OF SAID REAL PROPERTY FOR THE DEVELOPMENT, REMOVAL OR OTHER
EXPLOITATION OF SAID RESOURCES AND SUBSTANCES.

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| **PLAINTIFFS**<br>CHARLES W. DAFF, solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of ARCEL ROCIO FUENTES, | **DEFENDANTS**<br>WILL FUENTES |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Brandon J. Iskander - Bar No. 300916<br>Shulman Hodges & Bastian LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, CA 92618  Telephone: (949) 340-3400 | **ATTORNEYS** (If Known) |

| **PARTY** (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee<br>☐ Creditor    ☐ Other<br>☒ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee<br>☐ Creditor    ☒ Other<br>☐ Trustee |
|---|---|

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

COMPLAINT FOR:  1) AVOIDANCE OF INTENTIONAL FRAUDULENT TRANSFERS AND RECOVERY OF SAME [11 U.S.C. §§ 544, 548, 550, 551; CAL. CIV. CODE §§ 3439.04, 3439.07, 3439.08]; 2) AVOIDANCE OF CONSTRUCTIVE FRAUDULENT TRANSFERS AND RECOVERY OF SAME [11 U.S.C. §§ 544, 548, 550, 551; CAL. CIV. CODE §§ 3439.04, 3439.05, 3439.07, 3439.08, 3439.09]; 3) DISALLOWANCE OF CLAIMS [11 U.S.C. §502(d)]; 4) UNJUST ENRICHMENT [11 U.S.C. § 105]; 5) DECLARATORY RELIEF [11 U.S.C. §§ 541, 544;  FRBP 7001(9)]; AND 6) TURNOVER OF PROPERTY OF THE ESTATE [11 U.S.C. § 542]

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
- [3] 11-Recovery of money/property - §542 turnover of property
- ☐ 12-Recovery of money/property - §547 preference
- [1] 13-Recovery of money/property - §548 fraudulent transfer
- ☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
- ☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
- ☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
- ☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
- ☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- ☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
- ☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
- ☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
- ☐ 61-Dischargeability - §523(a)(5), domestic support
- ☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
- ☐ 63-Dischargeability - §523(a)(8), student loan
- ☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation
- ☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
- ☐ 71-Injunctive relief – imposition of stay
- ☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
- ☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
- [2] 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
- ☐ 01-Determination of removed claim or cause

**Other**
- ☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
- ☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☒ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>ARCEL ROCIO FUENTES | BANKRUPTCY CASE NO.<br>6:16-bk-21134-SY | |
| DISTRICT IN WHICH CASE IS PENDING<br>CENTRAL DISTRICT | DIVISION OFFICE<br>RIVERSIDE DIVISION | NAME OF JUDGE<br>HONORABLE SCOTT H. YUN |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>*/s/ Brandon J. Iskander* | | |
| DATE<br><br>July 24, 2017 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br><br>Brandon J. Iskander | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form B1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.